UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATHEW COLLETT,

                Plaintiff,

v.

MASON COUNTY, et al.,

                Defendants.

CASE NO. 3:23-CV-5654-TMC-DWC

ORDER GRANTING COUNTY DEFENDANTS LEAVE TO FILE AN OVER-LENGTH MOTION

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. This matter is before the Court on County Defendants' motion to file an over-length motion and brief. Dkt. 102. In accordance with Local Rule 7(f), County Defendants request leave to file an over-length motion for summary judgment so that they may address each of Plaintiff's claims in full. *Id.*

For good cause shown, the motion (Dkt. 102) is granted; County Defendants may file a motion with total length of 10,400 words or 29 pages. In addition, Plaintiff may file a response of up to 10,400 words or, if handwritten or typed, 29 pages; and Defendants may file a reply of up

ORDER GRANTING COUNTY DEFENDANTS
LEAVE TO FILE AN OVER-LENGTH MOTION -
1

to one half the word count or number of pages of the response.

Dated this 20th day of February, 2024.

*David W. Christel*
David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING COUNTY DEFENDANTS
LEAVE TO FILE AN OVER-LENGTH MOTION -
2