UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATHEW COLLETT,

                Plaintiff,

v.

MASON COUNTY, et al.,

                Defendants.

CASE NO. 3:23-CV-5654-TMC-DWC

ORDER ON MOTION FOR EXTENSION

The District Court has referred this prisoner civil rights action to United States Magistrate Judge David W. Christel. Currently before the Court is Plaintiff Mathew Collett's Motion for Extension of Time to show cause regarding the stay in this matter.[1] Dkt. 142.

On August 13, 2024, the Court ordered Plaintiff to show cause by September 3, 2024, why this case should remain stayed. Dkt. 141. In support of his request for an extension, Plaintiff states there is a hearing scheduled for September 3, 2024, in his ongoing state court prosecution during which he will obtain more information relevant to the stay in this matter. *See* Dkt. 142.

---

[1] As Plaintiff's motion is well supported and pertains to a quickly approaching deadline, the Court resolves his Motion for Extension of Time before the noting date and without a response from Defendants.

ORDER ON MOTION FOR EXTENSION - 1

The Court finds Plaintiff has shown good cause for an extension to the show cause deadline. Accordingly, the Motion for Extension of Time (Dkt. 142) is granted. The new deadline for Plaintiff to show cause is September 17, 2024. As previously stated, Plaintiff's response should include (1) "whether he has access to the law library at [Monroe Correctional Complex], (2) "whether he has access to his legal resources and personal effects from [Mason County Jail]," and (3) an explanation of why he needs access those materials "to litigate this case." Dkt. 141 at 3.

If Defendants wish to file a reply to his response, they must do so not later than September 20, 2024.

Dated this 28th day of August, 2024.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION - 2