UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATHEW COLLETT,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MASON COUNTY, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:23-CV-5654-TMC-DWC<br><br>ORDER EXTENDING DEADLINE |

On October 10, 2024, Plaintiff Mathew Collett filed Motions to Compel Discovery against Defendants Mason County, Kevin Hansen, Shane Schroneberg, Randy Newell, Phil Harris, and Paula Blush (collectively "County Defendants") and Defendants Healthcare Delivery Systems Inc, Shannon Slack, and Nurse Bree (collectively "HDS Defendants"). Dkts. 149, 151. Both Motions qualify as "21-Day Motions" under this Court's local rules. Local Rules W.D. Wash., LCR 7(d)(3). Thus, the deadline to respond in opposition was "no later than 15 days after the filing date of the motion[s]" on October 25, 2024. *Id.* The County Defendants and HDS Defendants did not file responses until October 30, 2024. Dkts. 157, 159.

ORDER EXTENDING DEADLINE - 1

The County Defendants and HDS Defendants responses are untimely, and they did not request relief from the briefing deadlines established by this Court's local rules. The Court will consider the responses but gives Plaintiff an extension of time to reply. The deadline for Plaintiff to file his optional replies is November 6, 2024. The Clerk is directed to re-note Plaintiff's Motions to Compel Discovery (Dkts. 149, 151) for consideration on that date.

Defendants are warned that failure to comply with the local rules may result in sanctions, including but not limited to striking future noncompliant filings. *See* Local Rules W.D. Wash., LCR 11(c).

Dated this 31st day of October, 2024.

David W. Christel
United States Magistrate Judge

ORDER EXTENDING DEADLINE - 2