1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14

MATHEW COLLETT,

             Plaintiff,

   v.

MASON COUNTY, et al.,

             Defendants.

CASE NO. 3:23-CV-5654-TMC-DWC

ORDER GRANTING LEAVE TO FILE
OVER-LENGTH MOTION

15      The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate

16 Judge David W. Christel. This matter is before the Court on County Defendants' second motion

17 to file an over-length motion and brief. Dkt. 164. In accordance with Local Rule 7(f), County

18 Defendants request leave to file an over-length motion for summary judgment so that they may

19 address each of Plaintiff's claims in full. *Id.*

20      For good cause shown, the motion (Dkt. 164) is granted; County Defendants may file a

21 motion with total length of 10,900 words or 31 pages. In addition, Plaintiff may file a response of

22 up to 10,900 words or, if handwritten or typed, 31 pages; and Defendants may file a reply of up

23
24

1    to one half the word count or number of pages of the response.

2          Dated this 14th day of November, 2024.

3

4          _____
           David W. Christel
5          United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING LEAVE TO FILE OVER-
LENGTH MOTION - 2