UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATHEW COLLETT,

               Plaintiff,

    v.

MASON COUNTY, et al.,

              Defendants.

CASE NO. 3:23-CV-5654-TMC-DWC

ORDER ON MOTION FOR EXTENSION

The District Court has referred this prisoner civil rights action to United States Magistrate Judge David W. Christel. Currently before the Court is Plaintiff Mathew Collett's motion for an extension of time to respond to three pending summary judgment motions.[1] Dkt. 179. In his motion and accompanying declaration, Plaintiff explains that he will soon be sentenced in his ongoing state court prosecution and, given the demands on his time and attention, he requests an additional two weeks to prepare and file his responses to Defendants' motions for summary judgment. *Id.*; *see also* Dkts. 165, 168, 172 (motions for summary judgment).

---

[1] As Plaintiff's motion is well supported and seeks relief from a quickly approaching deadline, the Court resolves his request for an extension before the noting date and without a response from Defendants.

ORDER ON MOTION FOR EXTENSION - 1

The Court finds Plaintiff has shown good cause for an extension of time to respond to the pending summary judgment motions. Accordingly, Plaintiff's motion for extension of time (Dkt. 179) is granted. The new deadline for Plaintiff to respond to Defendants' motions for summary judgment (Dkts. 165, 168, 172) is December 9, 2024. The deadline for Defendants to file replies in support of their motions is December 16, 2024. The Clerk of Court is directed to renote Defendants' motions for summary judgment (Dkts. 165, 168, 172) for consideration on December 16, 2024.

Dated this 19th day of November, 2024.

David W. Christel
United States Magistrate Judge