# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MATHEW COLLETT,<br><br>                      Plaintiff,<br>     v.<br><br>MASON COUNTY, et al.,<br><br>                      Defendants. | CASE NO. 3:23-CV-5654-TMC-DWC<br><br>ORDER ON MOTION FOR EXTENSION |

The District Court has referred this prisoner civil rights action to United States Magistrate Judge David W. Christel. Currently before the Court is Plaintiff Mathew Collett's Motion for Extension of Time to Respond to the Defendants' motions for summary judgment.[1] Dkt. 183; *see also* Dkts. 165, 168, 172 (summary judgment motions). The current deadline for Plaintiff to respond to the motions for summary judgment is December 9, 2024. Dkt. 180. In his Motion signed on December 6, 2024, Plaintiff requests an extension to this deadline. Dkt. 183. Plaintiff explains that he requires additional time to obtain a declaration that he believes will aid him in opposing summary judgment. *Id.*

---

[1] In furtherance of judicial economy and efficiency, the Court resolves Plaintiff's Motion before the noting date and without a response from Defendants.

ORDER ON MOTION FOR EXTENSION - 1

The Court finds Plaintiff has shown good cause for an extension of time to respond to the pending motions for summary judgment. Accordingly, Plaintiff's Motion (Dkt. 183) is granted. The new deadline for Plaintiff to respond to Defendants' motions for summary judgment (Dkts. 165, 168, 172) is January 6, 2025. The deadline for Defendants to file replies in support of their motions is January 13, 2025. The Clerk of Court is directed to renote Defendants' motions for summary judgment (Dkts. 165, 168, 172) for consideration on January 13, 2025.

Dated this 11th day of December, 2024.

David W. Christel
United States Magistrate Judge