1

2

3

4

5

6

7

8

9

GUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

MATHEW COLLETT,

                    Plaintiff,

    v.

MASON COUNTY, et al.,

                    Defendants.

CASE NO. 3:23-CV-5654-TMC-DWC

ORDER DIRECTING HDS
DEFENDANTS TO SHOW CAUSE

15    Defendants Healthcare Delivery Systems, Inc. ("HDS"), Shannon Slack, Julie Rice, and

16 Nurse Bree (collectively "HDS Defendants") filed a motion titled "Motion for Summary

17 Judgment of Dismissal." Dkt. 168. HDS Defendants request dismissal because Plaintiff has not

18 stated a claim against them in his Second Amended Complaint and include the standard of

19 review applicable to motions to dismiss and motions for judgment on the pleadings. *Id.* at 4, 11.

20    The Court recognizes that HDS Defendants cite some evidence in the motion and the

21 motion is referred to as a motion for summary judgment in HDS Defendants' reply brief. *See*

22 Dkt. 168 at 2–3, 8–9 (citing Plaintiff's October 12, 2023 Medical Record and declarations from

23 Defendant Slack); Dkt. 188. On the whole, however, HDS Defendants appear to seek judgment

24

ORDER DIRECTING HDS DEFENDANTS TO
SHOW CAUSE - 1

on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. Therefore, the Court interprets the motion to be a motion for judgment on the pleadings and will apply the Rule 12(c) standard of review.

The Court will, however, allow HDS Defendants an opportunity to show cause why this Court should instead treat the motion as a motion for summary judgment. HDS Defendants must show cause on or before March 10, 2025. The Court notes that, if HDS Defendants do not show cause why the motion should be treated as a motion for summary judgment, the Court will only consider the sufficiency of allegations in the Second Amended Complaint and will not consider other documents such as declarations from Defendant Slack and attached medical records. Dkts. 169, 169-1, 131-1.

The Clerk is directed to re-note the pending Motions (Dkts. 165, 168, 172) to March 10, 2025.

Dated this 28th day of February, 2025.

David W. Christel
United States Magistrate Judge

ORDER DIRECTING HDS DEFENDANTS TO
SHOW CAUSE - 2