UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATHEW COLLETT,<br><br>                     Plaintiff,<br><br>   v.<br><br>MASON COUNTY, et al.,<br><br>                     Defendants. | No. 3:23-CV-5654-TMC-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     County Defendants' Motion for Summary Judgment (Dkts. 165), HDS Defendants' Motion for Judgment on the Pleadings (Dkt. 168) and SFS Defendants' the combined Motion for Summary Judgment and Judgment on the Pleadings (Dkt. 172) are granted, and Plaintiff's claims are dismissed with prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 10th day of April, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1